IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Katherine Bradacs and Tracie Goodwin, | C/A: 3:13-cv-02351-JFA |
| Plaintiffs, | |
| vs. | ORDER |
| Nimrata ("Nikki") Randhawa Haley, in her official capacity as Governor of South Carolina; and Alan M. Wilson, in his official capacity as Attorney General of South Carolina, | |
| Defendants. | |

The defendants have moved for an enlargement of time within which to answer, move, or otherwise respond to the complaint. For good cause shown, and with the consent of the plaintiffs, the court grants the motion. The new deadline is November 15, 2013.

This court wishes to conduct a Rule 16 conference with the parties to gain information necessary to establish a scheduling order. Specifically, the court is interested in learning whether any discovery will be necessary, or whether the case can be submitted to the court on stipulated or undisputed facts. Counsel should come to the status conference prepared to discuss this issue. The conference will be held at 10 a.m., Tuesday, October 8, 2013, in courtroom IV of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina. A formal notice of the status conference will be sent under separate cover.

IT IS SO ORDERED.

September 12, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge