IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Katherine Bradacs and Tracie Goodwin, | ) ) ) | Civil Case No.: 3:13-cv-02351-JMC |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NOTICE OF REQUEST FOR PROTECTION |
| Nimrata ("Nikki") Randhawa Haley, in her official capacity as Governor of South Carolina; Alan M. Wilson, in his official capacity as Attorney General of South Carolina, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**COMES NOW**, co-counsel for Plaintiffs, Katherine Bradacs and Tracie Goodwin, and respectfully requests scheduling protection in the above-captioned case during the period of January 15, 2014, and January 23-24, 2014. The undersigned will be attending the Sowell Gray Seminar and the SC Bar Convention, respectively. Co-counsel for Plaintiffs respectfully requests protection from any and all court appearances during the periods of time as aforementioned.

Respectfully Submitted,

By:    /s/ John S. Nichols
John S. Nichols (Federal ID No. 02535)
Bluestein, Nichols, Thompson & Delgado, LLC
1614 Taylor Street
Columbia, South Carolina 29201
(803) 779-7599
ATTORNEY FOR THE PLAINTIFF

Columbia, South Carolina
November 26, 2013