# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Katherine Bradacs and Tracie Goodwin, ) | Civil Action No. 3:13-cv-02351-JMC |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **SCHEDULING ORDER** |
| Nimrata ("Nikki") Randhawa Haley, in her ) | |
| official capacity as Governor of South ) | |
| Carolina; Alan M. Wilson, in his official ) | |
| Capacity as Attorney General, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties have conferred and report that they consent to the following schedule for this case:

Discovery requests must be served by **December 6, 2013**. Responses to discovery are due by **January 7, 2014**.

Dispositive motions must be filed by **February 3, 2014**.

Responses to the motions are due three weeks after the dates the respective motions are filed.

Replies to the responses to motions must be filed by two weeks after the respective responses are filed.

Counsel can agree to extend the above deadlines by up to 30 days without the consent of this Court.

A hearing will be scheduled regarding the above motions no earlier than two weeks after the filing of replies.

This Court finds that this proposed schedule is reasonable and serves judicial economy.

Therefore, it is ORDERED that, absent further order of this Court, the parties are to follow the above schedule with extensions for up to thirty days permitted if the parties consent.

*J. Michelle Childs*

United States District Judge

November 26, 2013
Greenville, South Carolina