IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Katherine Bradacs and Tracie Goodwin, ) | Civil Action No. 3:13-cv-02351-JMC |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | DEFENDANTS' RETURN TO |
| Nimrata ("Nikki") Randhawa Haley, in her ) | MOTION TO AMEND COMPLAINT |
| official capacity as Governor of South ) | |
| Carolina; Alan M. Wilson, in his official ) | |
| Capacity as Attorney General, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Defendants do not oppose the Plaintiffs' Motion to Amend, but they reserve all claims and defenses that they have in this case including as to the proposed amended complaint.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: BCOOK@SCAG.GOV

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: ESMITH@SCAG.GOV
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680
Fax: (803) 734-3677
Counsel for Defendants
February 10, 2014                    Governor and Attorney General