IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Katherine Bradacs and Tracie Goodwin, | ) | Civil Action No. 3:13-cv-02351-JMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CONSENT MOTION FOR |
| | ) | EXTENSION OF TIME |
| Nimrata ("Nikki") Randhawa Haley, in her official capacity as Governor of South Carolina; Alan M. Wilson, in his official Capacity as Attorney General, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Local Rule 6.01, DSC, the parties hereby move by consent for an enlargement of time to serve and file dispositive motions in this case.[1] They include the following information required by Rule 6.01:

**(1)** Current deadline:

April 11, 2014 (Cross-motions)

**(2)** Whether the deadline has been previously extended:

Yes

**(3)** The number of additional days requested and the proposed date of the new deadlines:

14 additional days. Proposed new deadline: April 25, 2014.

**(4)** Whether the extension requested would affect other deadlines: No

---

[1] The Defendants make this motion while maintaining and without waiving their currently pending Motion for Stay and to Hold Deadlines in Abeyance. Counsel for Plaintiffs do not consent to that Motion.

The parties agree to this additional time to address the significant issues in this case. Undersigned counsel also has travel scheduled between now and the current deadline.

This Motion is being efiled by Emory Smith, as counsel for his clients, the Defendants Governor and the Attorney General, but the Motion is submitted on behalf of all parties to this case.

    Respectfully submitted,

    ALAN WILSON
    Attorney General
    Federal ID No.10457

    ROBERT D. COOK
    Solicitor General
    Federal ID No. 285
    Email: BCOOK@SCAG.GOV

    /s/ J. Emory Smith, Jr.
    J. EMORY SMITH, JR.
    Deputy Solicitor General
    Federal ID No. 3908

    IAN P. WESCHLER
    Assistant Attorney General
    Federal ID No. 11744
    Email: ESMITH@SCAG.GOV

    Post Office Box 11549
    Columbia, South Carolina 29211
    Phone: (803) 734-3680
    Fax: (803) 734-3677

    Counsel for Defendants
    Governor and Attorney General

    [Plaintiffs' Counsel's Signature block next page]

Carrie A. Warner
Federal ID Number 11106
Warner, Payne & Black, LLP 1531 Blanding Street
Post Office Box 2628
Columbia, South Carolina 29201 (803) 799-0554
Facsimile: (803) 799-2517
carriewarner@wpb-law.net

John S. Nichols
Federal ID Number 11598 Bluestein, Nichols, Thompson & Delgado, LLC
1614 Taylor Street Post Office Box 7965
Columbia, South Carolina 29202 (803) 779-7599
Facsimile: (803) 771-8097
jsnichols@bntdlaw.com

Laura W. Morgan Family Law Consulting 108 5th St. SE, Suite 204
PO Box 497
Charlottesville, Virgina 22902
goddess@famlawconsult.com

April 3, 2014                    Counsel for Plaintiffs