IN THE UNITED STATES DISTRICT COURT
STATE OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Katherine Bradacs and Tracie Goodwin, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Nimrata ("Nikki") Randhawa Haley, in her official capacity as Governor of South Carolina; Alan M. Wilson, in his official capacity as Attorney General, )<br><br>Defendants. ) | C/A No. 3:13-cv-02351-JMC<br><br><br><br>CONSENT MOTION TO EXTEND DEADLINE TO FILE PETITION FOR ATTORNEY'S FEE AND COSTS AND RESPONSE THERETO |

Plaintiffs Katherine Bradacs and Tracie Goodwin, by and through their attorneys, and with the consent of the Defendants, by and through their attorneys, hereby file this Consent Motion to extend Plaintiffs' deadline to file a petition for attorney's fees and costs and any defense response thereto. The current deadline for said petition is December 2, 2014. For the reasons set forth below, the Plaintiffs respectfully request that the Court extend the deadline by 14 days and afford Defendants a corresponding period of time in which to respond to the petition therefore making Plaintiffs' deadline December 16, 2014, and Defendants' deadline January 13, 2015. In support thereof, the Parties state as follows:

1. The Court granted summary judgment to Plaintiffs on November 18, 2014.

2. Since this Court's order, counsel for the Plaintiffs had substantial deadlines and increased workload leading up to the Thanksgiving holidays. This included

1

preparation of a communication to the South Carolina Office of Disciplinary Counsel on behalf of an attorney/client, preparation of several appellate briefs before the Supreme Court of South Carolina and the South Carolina Court of Appeals, and attending to a medical emergency involving a family member.

3. The extension will not affect other deadlines or unduly prejudice either Party.

Wherefore, the Parties respectfully request the Court extend Plaintiffs' deadline to file a petition for attorney's fees and costs from December 2, 2014, making the Plaintiff's deadline to file the petition December 16, 2014 and the Defendant's deadline to file a response January 13, 2015. The Parties respectfully reserve the right to request additional time to prepare a fee application or return to request that filings be deferred.

WE SO MOVE:

/s/ John S. Nichols
John S. Nichols, Esq.
Federal ID No. 11598
BLUESTEIN, NICHOLS, THOMPSON & DELGADO, LLC
1614 Taylor Street
Post Office Box 7965
Columbia, South Carolina 29202
(803) 779-7599
(803) 771-8097 facsimile
jsnichols@bntdlaw.com

Carrie A. Warner, Esq.
Federal ID No. 11106
WARNER, PAYNE & BLACK, LLP
1531 Blanding Street
Columbia, South Carolina 29201
(803) 799-0554
(803) 799-2517 facsimile
carriewarner@wpb-law.net

2

Laura W. Morgan, Pro Hac Vice
Family Law Consulting
PO Box 497
Charlottesville, VA 22902
(434) 817-1880
goddess@famlawconsult.com

ATTORNEYS FOR PLAINTIFFS


WE SO CONSENT:

s/ James Emory Smith, Jr.
JAMES EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: ESMITH@SCAG.GOV
ROBERT DEWAYNE COOK
Solicitor General
Federal ID No. 285
Email: BCOOK@SCAG.GOV
October 31, 2014
Columbia, South Carolina.

ATTORNEYS FOR DEFENDANTS
GOVERNOR AND ATTORNEY GENERAL