IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Katherine Bradacs and Tracie Goodwin, | ) | Civil Action No. 3:13-cv-02351-JMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION TO STAY |
| Nimrata ("Nikki") Randhawa Haley, in her | ) | ATTORNEY'S FEE DEADLINES |
| official capacity as Governor of South | ) | |
| Carolina; Alan M. Wilson, in his official | ) | |
| Capacity as Attorney General, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ___ | ) | |

The Defendant Attorney General moves for this Court to stay, continue or hold in abeyance all deadlines and proceedings regarding any attorney's fee motion in this case until such time as the Court of Appeals for the Fourth Circuit makes a final decision regarding the appeal of the Defendant Wilson in this case. Yesterday, the Court of Appeals issued an order consolidating the appeal in this case with the appeal in *Bleckley / Condon v Wilson* (Case No. 14-2241(L) – Doc. 23) and holding the appeal in this case in abeyance. *Bradacs v. Wilson*, Case No. 14-2337 (Doc. 22). Pursuant to the *Bleckley* Order, the appeals are stayed or held in abeyance pending a final decision by the United States Supreme Court regarding the petitions for writ of certiorari in *DeBoer v. Snyder*, No. 14-1341, 2014 WL 5748990 and any petition for writ of certiorari filed in *Condon*.

The Plaintiffs' Motion for Attorney's Fees is due today, and they have asked that the deadline for it be held in abeyance pending a decision regarding the instant motion.

Staying consideration of the attorney's fee motion would serve the purpose of judicial economy by ensuring that a final decision is reached in the appeal in this case, and that the rights

of the parties in that appeal are determined before a decision is made as to whether to award fees. Deferring the decision would also avoid having to redo motions or memoranda regarding attorney's fees following a final appellate decision.

## CONCLUSION

For the foregoing reasons, the Attorney General respectfully requests that this Court stay, continue or hold in abeyance the filing of any motion for attorney's fees and responsive memoranda in this case and proceedings related thereto until the Court of Appeals makes a final decision regarding the appeal in this case.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: bcook@scag.gov

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

Post Office Box 11549
Columbia, South Carolina 29211
Phone:  (803) 734-3680
Fax:  (803) 734-3677

Counsel for Defendant
December 16, 2014                                Attorney General

Rule 7.02  Consultation

Counsel for Defendant consulted with counsel for Plaintiffs, and they consent to the foregoing motion for stay.

|  |  |
|---|---|
|  | /s/ J. Emory Smith, Jr. |
|  | J. EMORY SMITH, JR. |
| December 16, 2014 | Deputy Solicitor General |

3