# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Katherine Bradacs and Tracie Goodwin,   ) | Civil Action No. 3:13-cv-02351-JMC |
| )  | |
| Plaintiffs,   ) | |
| v.   ) | |
| )  | **ORDER REGARDING** |
| Nimrata ("Nikki") Randhawa Haley, in her   ) | **ATTORNEY'S FEES** |
| official capacity as Governor of South   ) | |
| Carolina; Alan M. Wilson, in his official   ) | |
| Capacity as Attorney General,   ) | |
| )  | |
| Defendants.   ) | |
| _____   ) | |

This matter is before the court pursuant to the Parties' Joint Motion to Resolve Attorney's Fees and Costs. (ECF No. 117.) In their Motion, the Parties declare that they "have resolved the issues as to fees" and "Plaintiffs agree to accept payment of $80,000 in settlement of any claims for attorney's fees and costs they may have against the State of South Carolina, the Attorney General or any other officer or agency of the State of South Carolina." (Id. at 1.) In light of the foregoing, the court **GRANTS** the Joint Motion to Resolve Attorney's Fees and Costs (ECF No. 117). As agreed to by the Parties, the Attorney General will pay the sum of $80,000.00 to Plaintiffs' counsel and Plaintiffs and their counsel, upon receipt of $80,000.00, shall execute appropriate releases and a Satisfaction of Judgment as to this Order and the Satisfaction shall be filed with the court.

The court **DENIES AS MOOT** the pending Plaintiffs' Petition for Attorney's Fees and Costs. (ECF No. 113.)

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

September 3, 2015
Columbia, South Carolina